**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAURIE A. PARENTE,**

    **Plaintiff,**                             **CASE NO.:  8:15-cv-02602-MSS-TGW**

v.

**LVNV FUNDING LLC, and**
**ANDREU, PALMA & ANDREU, PL,**

    **Defendants.**
_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Laurie A. Parente and Defendants LVNV Funding, LLC and Andreu, Palma & Andreu, PL, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-styled case with prejudice as to both Defendants.  Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.


[Signatures are on the next page]

Dated: October 5, 2016

| | |
|---|---|
| /s/ Gus M. Centrone | /s/ Charles J. McHale Jr. |
| **Gus M. Centrone, Esq.** | **Charles J. McHale, Jr., Esq.** |
| Florida Bar No. 30151 | Florida Bar No. 26555 |
| **Brian L. Shrader, Esq.** | **Golden Scaz Gagain, PLLC** |
| Florida Bar No. 57251 | 201 N Armenia Ave |
| **Centrone & Shrader, PLLC** | Tampa, FL 33609 |
| 612 W. Bay Street | Phone: (813) 251-5500 |
| Tampa, FL 33606 | Fax: (813) 251-3675 |
| Phone: (813) 360-1529 | Email: cmchale@gsgfirm.com |
| Fax: (813) 336-0832 | Attorney for LVNV Funding, LLC and |
| Email: gcentrone@centroneshrader.com | Andreu, Palma & Andreu, PL |
| Email: bshrader@centroneshrader.com | |
| Attorneys for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I certify that on October 5, 2016, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

 /s/ Gus M. Centrone
Attorney