UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAURIE A. PARENTE,**

    **Plaintiff,**

**v.**                                              **Case No: 8:15-cv-2602-T-35TGW**

**LVNV FUNDING LLC and ANDREU,
PALMA & ANDREU, PL,**

    **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Dismissal with Prejudice, (Dkt. 16) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter except as otherwise agreed upon between the parties prior to the filing of their Stipulation. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 6th day of October, 2016.

Copies furnished to:
Counsel of Record
Any Unrepresented Party

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE